

FILED
MAR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thurman Jerome Brown, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0674 |
| ) | |
| Chief Justice William H. Rehnquist *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 31st day of March 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

Rosemary M. Collyer
United States District Judge

4

FILED
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thurman Jerome Brown,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   Civil Action No. 08 0674
                                 )
Chief Justice William H. Rehnquist *et al.*, )
                                 )
    Defendants.                  )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 31st day of March 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

*Rosemary M. Collyer*
United States District Judge